JOHN L. PETERS, Respondent, *v.* JOHN SLATTERY, Appellant.

*Peters* v. *Slattery*, 106 App. Div. 612, affirmed.
(Argued October 24, 1906; decided November 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

June 26, 1905, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict and affirming an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*William F. Clare* for appellant.

*Charles Caldwell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ. Absent: GRAY, J. Not sitting: WILLARD BARTLETT, J.